IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

_____

| | |
|---|---|
| SANTIAGO VALDEZ, | Cause No. CV-07-114-BLG-RFC-CSO |
|       Plaintiff, | |
|   vs. | **SUPPLEMENTAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE RE: PENDING MOTIONS** |
| MIKE LINDER and JOHN DOES, | |
|       Defendants. | |

_____

    On January 3, 2008, this Court issued an Order and Findings and Recommendation dealing with Plaintiff's multiple pending motions. (*Court's Doc. No. 37*).  Two of Plaintiff's most recently filed Motions to Amend (*Court's Doc. Nos. 32 and 33*) were addressed in the Court's Findings and Recommendation, but inadvertently not included in the final Recommendation section.

    In addition, Plaintiff was not given Notice of his right to file objections to the Court's Findings and Recommendation as set forth below.

SUPPLEMENTAL FINDINGS AND RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE RE: PENDING MOTIONS / PAGE 1

Accordingly, the Court enters the following:

## RECOMMENDATION

Plaintiff's Motions to Amend his Complaint (*Court's Doc. Nos. 32 and 33*) should be **DENIED**.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may serve and file written objections to this Supplemental Findings and Recommendation and the Court's January 3, 2008 Findings and Recommendation (*Court's Doc. No. 37)* within ten (10) business days of the date this document is entered as indicated on the Notice of Electronic Filing accompanying this document.  A district judge will make a de novo determination of those portions of the Findings and Recommendations to which objection is made.  The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district judge.

DATED this 8th day of January, 2008.

/s/ Carolyn S. Ostby
Carolyn S. Otsby
United States Magistrate Judge