IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

```
FILED
BILLINGS DIV.
2008 APR 25 PM 1 51
PATRICK E. ...
BY _____
       DEPUTY CLERK
```

| | | |
|---|---|---|
| SANTIAGO VALDEZ, | ) | CV-07-114-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| MIKE LINDER and JOHN DOES; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On January 3, 2008, United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation. On January 8, 2008, Magistrate Judge Ostby entered Supplemental Findings and Recommendation. Magistrate Judge Ostby recommends as follows:

1. Plaintiff's Motion to Amend his Complaint [*doc. 12*] should be denied in all respects except to the extent it states claims against Defendants Hickson, Maxwell and Bass;

2. Plaintiff's Motions to Amend his Complaint [*docs. 16, 17, 18, 19, 20, 22, 23, 25, 28, 29, 32, 33*] should be denied;

3. Plaintiff's Motion to Amend his Complaint [*doc. 21*] should be denied in all respects except for his claims against Defendants "F.B.I. Agent A46-1665," the United States Probation Office and Dan Orr.

4. Plaintiff's Motions for Temporary Restraining Orders [*docs. 15, 16, 26*] should be denied; and

1


5.   Plaintiff's claim for dismissal of the charges against him and release [*doc. 2 at 5, 12 at 9*] should be dismissed.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Plaintiff filed extensive objections on January 8, 2008, January 15, 2008; and April 10, 2008. Plaintiff's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Amend his Complaint [*doc. 12*] is **DENIED** in all respects except to the extent it states claims against Defendants Hickson, Maxwell and Bass;

2. Plaintiff's Motions to Amend his Complaint [*docs. 16, 17, 18, 19, 20, 22, 23, 25, 28, 29, 32, 33*] are **DENIED**;

3. Plaintiff's Motion to Amend his Complaint [*doc. 21*] is **DENIED** in all respects except for his claims against Defendants "F.B.I. Agent A46-1665," the United States Probation Office and Dan Orr.

4. Plaintiff's Motions for Temporary Restraining Orders [*docs. 15, 16, 26*] are **DENIED**; and

5. Plaintiff's claim for dismissal of the charges against him and release [*doc. 2 at 5, 12 at 9*] is **DISMISSED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 25 day of April, 2008.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

3